THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Mitchell
 Douglas Watts, Appellant.
 
 
 

Appeal From Greenville County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2011-UP-454
Submitted October 1, 2011  Filed October
 11, 2011   

AFFIRMED

 
 
 
Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Senior Assistant Attorney General Harold M. Coombs, Jr., all of
 Columbia; and Solicitor W. Walter Wilkins, III, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Mitchell
 Douglas Watts appeals his conviction for trafficking cocaine base (crack
 cocaine), arguing the trial court erred in allowing the State to elicit opinion
 testimony from a police officer, who was not an expert witness, identifying the
 drugs taken into evidence as crack cocaine.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Johnson, 324 S.C. 38, 41, 476 S.E.2d 681, 682 (1996) (finding an issue not
 preserved for review when appellant made no contemporaneous objection at trial
 to the testimony claimed to be erroneously admitted and did not raise the issue
 at any point during trial); State v. Varvil, 338 S.C. 335, 339, 526
 S.E.2d 248, 250 (Ct. App. 2000) (finding that constitutional arguments not
 raised to the trial court were not preserved for appellate review and were
 deemed waived on appeal).  
AFFIRMED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.